UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. A08 CR 285 LY |
| | § | |
| Plaintiff, | § | **I N D I C T M E N T** |
| | § | |
| v. | § | [Count 1: Possession with intent to |
| | § | distribute + 50 grams of methamphetamine, |
| KEVIN DANIELS | § | 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii). |
| | § | Count 2: Possession with intent to distribute |
| Defendant. | § | + 50 grams of a mixture or substance |
| | § | containing methamphetamine, 21 U.S.C. §§ |
| | § | 841(a)(1), (b)(1)(B)(viii). |
| | | Count 3: Felon in possession of a firearm, |
| | | 18 U.S.C. § 922(g)(1).] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Possession with Intent to Distribute a Controlled Substance**
**[21 U.S.C. § 841(a)(1)]**

On or about April 17, 2008, in the Western District of Texas, the defendant,

KEVIN DANIELS

knowingly and intentionally possessed with intent to distribute 50 grams or more of

methamphetamine, its salts, isomers, or salt of its isomers, a controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWO
### Possession with Intent to Distribute a Controlled Substance
### [21 U.S.C. § 841(a)(1)]

On or about April 25, 2008, in the Western District of Texas, the defendant,

KEVIN DANIELS

knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and

substance containing a detectable amount of methamphetamine, its salts, isomers, or salt of its

isomers, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and

841(b)(1)(B)(viii).

## COUNT THREE
**Felon in Possession of a Firearm**
**18 U.S.C. § 922(g)(1)**

On or about April 17, 2008, in the Western District of Texas, the defendant,

### KEVIN DANIELS

who having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting commerce a firearm, to wit: a Bersa, Thunder 380, .380 caliber, semi-automatic, pistol, Serial Number 758507, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[Title 21 U.S.C. § 841(a)(1) and Title 21 U.S.C. §§ 853(a)(1) and (a)(2); Title 18 U.S.C.
§ 924(c)(1)(A) and subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made
applicable by Title 28 U.S.C. § 2461 and Fed. R. Crim. P. 32.2]

**I.**
**Forfeiture Statutes Relating to Controlled Substances**
[Title 21 U.S.C. §§ 853(a)(1) and (a)(2)]

As a result of the foregoing criminal violations as set forth in Counts One (1) and Two (2)

of the indictment, which are punishable by imprisonment for more than one year, the United States

gives notice that it intends to forfeit, but is not limited to, the below listed property from Defendant,

KEVIN DANIELS. Defendant shall forfeit all right, title and interest in said property to the United

States pursuant to Fed .R. Crim. P. 32.2 and Title 21 U.S.C. §§ 853(a)(1) and (a)(2), which state the

following:

> **Title 21 U.S.C. §§ 853(a)**
> **(a) Property subject to criminal forfeiture**
> Any person convicted of a violation of this subchapter or subchapter II of this chapter
> punishable by imprisonment for more than one year shall forfeit to the United States,
> irrespective of any provision of State law–
>> **(1)** any property constituting, or derived from, any proceeds the person
>> obtained, directly or indirectly, as the result of such violation;
>> **(2)** any of the person's property used, or intended to be used, in any manner
>> or part, to commit or to facilitate the commissions of, such violation.

This Notice of Demand for Forfeiture includes but is not limited to the following:

> $1541.86, more or less, in U.S. Currency.

**II.**
**Forfeiture Statutes Relating to Firearms**
[Title 18 U.S.C. § 924(d)(1)]

As a result of the foregoing criminal violations as set forth in Count Three (3) of the

indictment, which are punishable by imprisonment for more than one year, the United States gives

notice that it intends to forfeit, but is not limited to, the below listed property from Defendant

KEVIN DANIELS.  Defendant shall forfeit all right, title and interest in said property to the United States pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture pursuant to Title 28 U.S.C. § 2461, which states the following:

**Title 18 U.S.C. § 924.**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of . . . section 924 . . . or any firearm or ammunition intended to be used in any offense referred to in paragraph (3) of this subsection, where such intent is demonstrated by clear and convincing evidence, shall be subject to seizure and forfeiture, . . .

This Notice of Demand for Forfeiture includes but is not limited to the following:

> One (1) Bersa, Thunder 380, .380 caliber, semi-automatic, pistol, Serial Number 758507; and all ammunition and firearm accessories.

SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002

A True Bill:

_____  _____  _____
Foreperson

JOHNNY SUTTON
UNITED STATES ATTORNEY

By: _____
ANTHONY W. BROWN
Assistant U.S. Attorney